JOHN R. AULD, Respondent, *v.* THE MANHATTAN LIFE INSUR-
ANCE COMPANY, Appellant.

*Auld* v. *Manhattan L. Ins. Co.,* 34 App. Div. 491, affirmed.
(Argued November 19, 1900; decided December 4, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1898, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and granting a new trial.

*Charles C. Nadal* and *Edward P. Mowton* for appellant.

*Sumner B. Stiles* and *Francis L. Wellman* for respondent.

Order affirmed and judgment absolute ordered for the plaintiff on the stipulation, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN, LANDON and CULLEN, JJ.

---

FREDERICK W. KRAFT, Respondent, *v.* EDWARD L. E. PHIPPS, Appellant.

*Kraft* v. *Phipps,* 23 App. Div. 26, appeal withdrawn.
(Submitted November 21, 1900; decided December 4, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Frederick W. Holls* for appellant.

*Ralph E. Prime* for respondent.

Appeal withdrawn on stipulation.